

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| WAUSAU UNDERWRITERS INSURANCE COMPANY, | § | No. 08-16-00120-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 205th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| JAMES WEDEL AND MICHELLE WEDEL, | § | (TC# 2013DCV3496) |
| | § | |
| Appellees. | § | |
| | § | |

**O R D E R**

After further review of the clerk's record, it appears that the trial court's Order Granting Summary Judgment, which was filed on September 2, 2015, is missing. Therefore, the district clerk is ordered to prepare a supplemental clerk's record containing said document. The supplemental clerk's record is due with this Court on or before February 23, 2017.

IT IS SO ORDERED this 10th day of February, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.